**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUDY HAGNER,**

      **Plaintiff,**

-vs-                                                       **Case No. 6:07-cv-917-Orl-31DAB**

**STATE OF FLORIDA; SEMINOLE COUNTY;**
**SANFORD, FLORIDA; SEMINOLE COUNTY STATE**
**ATTORNEYS; PAUL GHEZZI; MR. RIED; MS.**
**MEAD; JOHN E. POLK CORRECTIONAL**
**FACILITY; DONALD ESLINGER; and C SQUAD**
**DEPUTY WILSON,**

      **Defendants.**

---

## ORDER

On June 8, 2007, Magistrate Judge Baker entered a Report and Recommendation (Doc. 3), recommending that Application to Proceed In Forma Pauperis (Doc. 2) be DENIED. Plaintiff filed timely objections to the Report (Doc. 4). Plaintiff argues that her complaint is supported by her testimony before this Court in an unrelated hearing, on May 24, 2007.[1] However, Plaintiff may not simply rely on this testimony by reference. Instead, Plaintiff must file a complaint in accordance with Federal Rule of Civil Procedure 8(a), which states that:

> A pleading which sets forth a claim for relief, whether an original claim, counterclaim, cross-claim, or third-party claim, shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand

---

[1] The hearing at which Plaintiff testified was a fairness hearing regarding class settlement in *Parilla, et al. v. Eslinger, et al.,* Case No. 6-05-cv-850-Orl-31KRS.

for judgment for the relief the pleader seeks. Relief in the alternative or of several different types may be demanded.

In this case, Plaintiff has failed to state any facts upon which relief may be granted in her Complaint. Therefore, Magistrate Judge Baker was correct in concluding that the application to proceed in forma pauperis must be denied and the complaint dismissed. Accordingly, it is

**ORDERED** that:

1.  The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2.  The Application to Proceed In Forma Pauperis is **DENIED** without prejudice

3.  Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice

4.  Plaintiff shall have leave to file an Amended Complaint on or before July 11, 2007.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 20, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party