# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUDY HAGNER,**

                **Plaintiff,**

**-vs-**                                                                 **Case No.  6:07-cv-917-Orl-31DAB**

**STATE OF FLORIDA; SEMINOLE COUNTY;
SANFORD, FLORIDA; SEMINOLE COUNTY STATE
ATTORNEYS; PAUL GHEZZI; MR. GLENN RIED;
MS. MEAD; JOHN E. POLK CORRECTIONAL
FACILITY; DONALD ESLINGER; and C SQUAD
LIEUTANENT/ DEPUTY  D. STEVENS,**

                **Defendants.**

_____

## ORDER

On July 20, 2007, Magistrate Judge Baker issued a Report (doc. 16) recommending that

Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 16) be denied.  Judge Baker further

recommended that the case be dismissed if Plaintiff fails to pay the filing fee within 11 days.  On

July 26, 2007, Plaintiff filed a Motion to Reconsider (Doc. 19) which the Court construes as her

objection to the Report and Recommendation. Upon *de novo* consideration of the above, the Court

finds that the objections are without merit.  It is, therefore

      **ORDERED** that

      1.      The Report and Recommendation is CONFIRMED and ADOPTED as part of this

Order;

      2.      Plaintiff's Motion to Proceed *In Forma Pauperis* is DENIED; and

3.      Plaintiff shall pay the applicable filing fee by August 20, 2007.  If she fails to do

so, this case will be dismissed without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 8, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party