**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUDY HAGNER,**

        **Plaintiff,**

-vs-                                                    **Case No. 6:07-cv-917-Orl-31DAB**

**STATE OF FLORIDA; SEMINOLE COUNTY;**
**SANFORD, FLORIDA; SEMINOLE COUNTY STATE**
**ATTORNEYS; PAUL GHEZZI; MR. GLENN RIED;**
**MS. MEAD; JOHN E. POLK CORRECTIONAL**
**FACILITY; DONALD ESLINGER; and C SQUAD**
**LIEUTANENT/ DEPUTY D. STEVENS,**

        **Defendants.**

_____

## ORDER

On October 2, 2007, Magistrate Judge Baker entered a Report and Recommendation (Doc. 44), recommending that Defendants' Motion to Dismiss (Doc. 36) be GRANTED. Plaintiff filed timely objections to the Report (Doc. 45). Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1.     The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2.     Defendants' Motion to Dismiss (Doc. 36) is **GRANTED**;

3.     Plaintiff's Motion for Summary Judgment (Doc. 38); Motion to Strike (Doc. 41) and Motions to Proceed (Docs. 33 and 42) are **DENIED** as moot;

4. This case is hereby **DISMISSED** with prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 15, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party