# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUDY HAGNER,**

               **Plaintiff,**

**-vs-**                                      **Case No.  6:07-cv-917-Orl-31DAB**

**STATE OF FLORIDA; SEMINOLE COUNTY; SANFORD, FLORIDA; SEMINOLE COUNTY STATE ATTORNEYS; PAUL GHEZZI; MR. GLENN RIED; MS. MEAD; JOHN E. POLK CORRECTIONAL FACILITY; DONALD ESLINGER; and C SQUAD LIEUTANENT/ DEPUTY  D. STEVENS,**

               **Defendants.**

_____

# ORDER

On October 22, 2007, Magistrate Judge Baker entered a Report and Recommendation (Doc. 49), recommending that Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* be DENIED.  Plaintiff filed timely objections to the Report (Doc. 22).  Upon *de novo* review of the above, the Court concurs with the recommendation of the Magistrate Judge.  It is, therefore

    **ORDERED** that:

    1.       Plaintiff's objection is OVERRULED;

    2.       The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

    2.       The Motion for Leave to Appeal *In Forma Pauperis* is DENIED, inasmuch as the appeal is not taken in good faith.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 14, 2007.

Copies furnished to:

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

United States Magistrate Judge
Counsel of Record
Unrepresented Party