# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUDY HAGNER,**

      **Plaintiff,**

-vs-                                                Case No. 6:07-cv-917-Orl-31DAB

**STATE OF FLORIDA; SEMINOLE COUNTY; SANFORD, FLORIDA; SEMINOLE COUNTY STATE ATTORNEYS; PAUL GHEZZI; MR. GLENN RIED; MS. MEAD; JOHN E. POLK CORRECTIONAL FACILITY; DONALD ESLINGER; and C SQUAD LIEUTANENT/ DEPUTY D. STEVENS,**

      **Defendants.**

## ORDER

This matter comes before the Court on the Motion for Emergency Ruling (Doc. 55) filed by the Plaintiff. So far as the Court can tell, the Plaintiff seeks to have this matter remanded to state court. However, this case was dismissed with prejudice on October 15, 2007, and the Plaintiff's appeal was dismissed for failure to prosecute on March 17, 2008. In other words, this case is over, and cannot be remanded. Future motions seeking to have it remanded will be stricken without further notice. Accordingly, it is hereby

**ORDERED** that the Motion for Emergency Ruling (Doc. 55) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 12, 2012.

                                                         GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

-2-

Counsel of Record
Unrepresented Party